UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. **04 CR 10117 RWZ** |
| v. | ) VIOLATIONS: |
| | ) |
| 1.   DARREN FRANKLIN,<br>a/k/a "D," and | ) 21 U.S.C. § 841(a)(1) --<br>) Distribution of Cocaine<br>) Base |
| 2.   ROLAND WORRELL, | ) |
| | ) 18 U.S.C. § 2 --<br>) Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. § 860(a) - School<br>) Zone Violation |
| Defendants. | ) |

INDICTMENT

COUNT ONE:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury charges that:

On or about May 8, 2003, at Boston, in the District of

Massachusetts,

1.   DARREN FRANKLIN, a/k/a "D",

defendant herein, did knowingly and intentionally possess with

intent to distribute, and did distribute, a quantity of cocaine

base, also known as "crack," a Schedule II controlled substance,

within 1,000 feet of the real property comprising the George A.

Lewis School, a public middle school.

The Grand Jury further charges that the offense involved 5

grams or more of a mixture or substance containing a detectable

amount of cocaine base, also known as "crack." Accordingly, 21

U.S.C. § 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a).

COUNT TWO:         (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                   Base; 21 U.S.C. § 860(a) -- School Zone Violation;
                   18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about July 10, 2003, at Boston, in the District of
Massachusetts,

                   1.  DARREN FRANKLIN, a/k/a "D" and
                       2.  ROLAND WORRELL,

defendants herein, did knowingly and intentionally possess with
intent to distribute, and did distribute, a quantity of cocaine
base, also known as "crack," a Schedule II controlled substance,
within 1,000 feet of the real property comprising the George A.
Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections
841(a)(1) and 860(a), and Title 18, United States Code, Section 2.

COUNT THREE:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about March 12, 2004, at Randolph, in the District of Massachusetts,

1.    DARREN FRANKLIN, a/k/a "D",

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

The Grand Jury further charges that the offense involved 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack." Accordingly, 21 U.S.C. §§ 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS: April 14 , 2004

Returned into the District Court by the Grand Jurors and filed.


_____
DEPUTY CLERK      12:13pm


5