```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    ) CRIMINAL NO.  04-10117-RWZ
                            )
        v.                  ) VIOLATIONS:
                            )
1.   DARREN FRANKLIN,       ) 21 U.S.C. § 841(a)(1) --
     a/k/a "D," and         )     Possession with Intent to
                            )     Distribute and Distribution of
2.   ROLAND WORRELL,        )     Cocaine Base
                            )
                            ) 18 U.S.C. § 2 --
                            )     Aiding and Abetting
                            )
                            ) 21 U.S.C. § 860(a) - School
                            )     Zone Violation
          Defendants.       )
                            ) 18 U.S.C. § 922(g)(1) --
                            )     Felon in Possession of
                            )     Ammunition
```

## SUPERSEDING INDICTMENT

COUNT ONE:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
             Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury charges that:

On or about May 8, 2003, at Boston, in the District of Massachusetts,

1.   DARREN FRANKLIN, a/k/a "D",

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

The Grand Jury further charges that the offense involved 5 grams or more of a mixture or substance containing a detectable

amount of cocaine base, also known as "crack."  Accordingly, 21 U.S.C. § 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a).

COUNT TWO:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
               Base; 21 U.S.C. § 860(a) -- School Zone Violation;
               18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about July 10, 2003, at Boston, in the District of Massachusetts,

    1.   DARREN FRANKLIN, a/k/a "D" and
    2.   ROLAND WORRELL,

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a), and Title 18, United States Code, Section 2.

**COUNT THREE:** (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about March 12, 2004, at Randolph, in the District of Massachusetts,

**1. DARREN FRANKLIN, a/k/a "D",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

The Grand Jury further charges that the offense involved 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack." Accordingly, 21 U.S.C. §§ 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT FOUR</u>:       (21 U.S.C. § 841(a)(1) -- Possession of Cocaine
                        Base with Intent to Distribute)

The Grand Jury further charges that:

On or about April 15, 2004, at Brockton, in the District of Massachusetts,

**1.  DARREN FRANKLIN, a/k/a "D",**

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

The Grand Jury further charges that the offense involved 50 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack." Accordingly, 21 U.S.C. §§ 841(b)(1)(A)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE:**     (18 U.S.C. § 922(g)(1) -- Felon in Possession of Ammunition)

The Grand Jury further charges that:

On or about April 15, 2004, at Brockton, in the District of Massachusetts,

**1. DARREN FRANKLIN, a/k/a "D",**

defendant herein, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce ammunition, to wit: 125 rounds of Winchester .40 caliber ammunition; 50 rounds of Winchester .380 caliber ammunition; 50 rounds of Winchester .357 caliber ammunition; 50 rounds of Winchester .45 caliber ammunition; 29 rounds of Federal Cartridge Company 9 millimeter ammunition; 20 rounds of Federal Cartridge Company .22 caliber ammunition; 38 rounds of Winchester .38 caliber ammunition; 29 rounds of Eldorado Cartridge Corporation .40 caliber ammunition; 41 rounds of Magtech .40 caliber ammunition; and 6 rounds of Federal Cartridge Company .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: May 27, 2004 @ 4:23 PM

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

7