UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10117-RWZ |
| | ) | |
| ROLAND WORRELL | ) | |

ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

The defendant respectfully moves that the status conference scheduled for August 5, 2004 be continued until anytime after September 1, 2004.  As reason therefore, counsel will be on medical leave from August 3-13 and on annual leave from August 16-27.  The defendant also requests that the Court exclude the time from August 5, 2004 to whatever September date the court sets for the status conference from the speedy trial calculation.

The government, per Assistant United States Attorney Patrick Hamilton, assents to this motion.

                              ROLAND WORRELL
                              By his attorney,

                              /s/ Catherine K. Byrne

                              Catherine K. Byrne
                                 B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061