UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10117-RWZ |
| | ) | |
| ROLAND WORRELL | ) | |

<u>RENEWED ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE</u>

The defendant respectfully moves that the status conference scheduled for August 5, 2004 be continued until anytime after September 1, 2004.  As reason therefore, counsel will be on medical leave from August 3-13 and on annual leave from August 16-27.  The defendant also requests that the Court exclude the time from August 5, 2004 to whatever September date the court sets for the status conference from the speedy trial calculation.

The government, per Assistant United States Attorney Patrick Hamilton, assents to this motion.  Codefendant Darren Franklin, per Jonathan Shapiro, Esq., also assents to this motion.

                ROLAND WORRELL
                By his attorney,

                /s/ Leo Sorokin for Catherine K.
                    Byrne
                Catherine K. Byrne
                  B.B.O. #543838
                Federal Defender Office
                408 Atlantic Avenue, 3rd Floor
                Boston, MA  02110
                Tel: 617-223-8061