UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10117-RWZ

UNITED STATES OF AMERICA

v.

ROLAND WORRELL

ORDER ON EXCLUDABLE TIME AND
FINAL STATUS REPORT

September 14, 2004

COHEN, M.J.

All pretrial proceedings *vis a vis* the charges against the defendant Roland Worrell[1] have been concluded.

By an agreement reached by the parties, defendant Worrell intends to offer a plea of guilty in another previously filed case against him (*United States v. Roland Worrell*, Criminal No. 03-10382-WGY), with the charges set forth in this case to considered as relevant conduct for purposes of sentencing.

As of the date of the Final Status Conference, only fourteen (14) days have elapsed under the Speedy Trial Act. In connection therewith, however, the parties having reported that the defendant has indicated an intention to enter a plea of guilty,

---

[1] But not his co-defendant, Darrell Franklin, who has been granted additional time to file a motion to suppress, and for whom a final status conference is scheduled for October 19, 2004.

this court hereby orders the entry of excludable time, pursuant to the provisions of 18 U.S.C. § 3161(h)(1), commencing on this date, and concluding at the time the defendant offers a plea[2] or unequivocally communicates to the court that the defendant does not intend to offer a plea of guilty.  See United States v. Mentz, 840 F.2d 315, 330-31 (6th Cir. 1988).

_____
UNITED STATES MAGISTRATE JUDGE

---

[2]    In the earlier filed case, see the text above.