UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | )   CRIMINAL NO.  04-10117-RWZ |
| **ROLAND D. WORRELL,** | ) |
| **Defendant.** | ) |

### JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Come now the United States of America and defendant Roland D. Worrell ("Worrell"), by and through the undersigned counsel, and file their Joint Motion to Exclude Time Under the Speedy Trial Act for the period from October 19, 2004 through March 15, 2005.  In support of their motion, the parties state as follows:

1.   On September 14, 2004, Magistrate Judge Cohen issued an "Order on Excludable Delay and Final Status Report" in the above-captioned matter in which he reported that, "[a]s of the date of the Final Status Conference, only fourteen (14) days have elapsed under the Speedy Trial Act" and in which he ordered "the entry of excludable time, pursuant to the provisions of 18 U.S.C. § 3161(h)(1), commencing on this date, and concluding at the time the defendant offers a plea or unequivocally communicates to the court that the defendant does not intend to offer a plea of guilty" (footnote and citation omitted).

2.   On October 19, 2004, Worrell entered a plea of guilty before Chief Judge Young to a Superseding Information (Criminal No. 03-10382).  That Superseding Information collected into one charging document the offenses with which Worrell had been charged

in three separate indictments (Criminal Nos. 03-10382-WGY, 04-10112-RGS and 04-10117-RWZ).  In particular, Count Four of that Superseding Information charged Worrell with the drug offense alleged in Count Two of the original Indictment in the above-captioned matter.

    3.   Worrell is currently scheduled to be sentenced by Chief Judge Young on March 15, 2005.

    4.   Accordingly, the parties agree that the period of time from October 19, 2004 through March 15, 2005 should be excluded for purposes of the Speedy Trial Act.  By the same reasoning, the parties request that this Honorable Court cancel the Pre-Trial Conference in the instant matter scheduled for tomorrow, January 12, 2005.

For all the foregoing reasons, the parties respectfully request that this Honorable Court issue an order of excludable delay for the period from October 19, 2004 through March 15, 2005 and cancel the Pre-Trial Conference in the instant matter scheduled for January 12, 2005.

                     Respectfully submitted,

| ROLAND WORRELL | | MICHAEL J. SULLIVAN |
|---|---|---|
| By His Attorney | | United States Attorney |
| s/Catherine Byrne/ (PMH) | By: | s/Patrick Hamilton/ |
| Catherine Byrne, Esq. | | Patrick M. Hamilton |
| Federal Defender's Office | | Assistant U.S. Attorney |
| 408 Atlantic Avenue | | One Courthouse Way |
| Boston, MA 02110 | | Boston, MA 02210 |
| (617) 223-8061 | | (617) 748-3251 |

Date:    January 11, 2005