```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )
                              )    CRIMINAL NO. 04-10117-RWZ
2.   ROLAND WORRELL,          )
                              )
        Defendant.            )
```

                          DISMISSAL OF INDICTMENT

   Now comes the United States of America, by and through the undersigned counsel, and, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the Superseding Indictment (Count Two) against Roland Worrell on the grounds that the defendant has pled guilty to and has been sentenced on a Superseding Information (Criminal No. 03-10382-WGY) containing the same charge as well as others and that further prosecution of the charges contained in the aforesaid counts would not serve the

interests of justice.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                      By:  *s/Patrick Hamilton/*
                                              PATRICK M. HAMILTON
                                              Assistant U.S. Attorney
                                              One Courthouse Way
                                              Boston, MA 02210
Date:    December 20, 2006       (617) 748-3251


LEAVE TO FILE GRANTED:

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

Date:


### CERTIFICATE OF SERVICE

    I, Patrick M. Hamilton, do hereby certify that a copy of the foregoing has been served this date electronically via the court's ECF system upon Catherine K. Byrne, Esq., Federal Defender's Office, 408 Atlantic Avenue, Boston, MA 02110, counsel of record for defendant Roland Worrell.

Date:    December 20, 2006      *s/Patrick Hamilton/*
                                                      Patrick M. Hamilton